IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cr. No. 2:10-cr-20283-STA |
| vs. ) | |
| ) | |
| TERRENCE YARBROUGH, ) | |
| a/k/a "T-Rex," ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION FOR RESTITUTION

Comes now the United States, by and through undersigned counsel, and moves the Court to enter an order before January 27, 2014, requiring Defendant Terrence Yarbrough to pay restitution to the victims in this case.

The United States filed under seal its position with respect to restitution on October 22, 2013. (Doc. 289.). The Court sentenced the Defendant on October 29, 2013, but deferred on the issue of restitution to allow the Defendant time to respond to the government's position. (Doc. 291.). The Defendant has yet to file a response.

Restitution is mandatory in this case. 18 U.S.C. § 1593. Pursuant to 18 U.S.C. § 3664(d)(5), the final restitution determination must occur within 90 days of sentencing, which is January 27, 2014. Accordingly, the government asks the Court to issue an order before that date.

Respectfully submitted,

EDWARD L. STANTON, III
UNITED STATES ATTORNEY

By:   /s/ JONATHAN SKRMETTI

2

        Jonathan Skrmetti
        Assistant U.S. Attorney
        167 N. Main St., Ste. 800
        Memphis, Tennessee 38103
        (#423712 Connecticut)
        (901) 544-4231

By:   /s/ BENJAMIN J. HAWK
       Benjamin J. Hawk
       Trial Attorney
       U.S. Department of Justice,
       Civil Rights Division
       Human Trafficking Prosecution Unit
       601 D St. NW
       Washington, DC 20004
       (#030232007 New Jersey)

## CERTIFICATE OF SERVICE

I certify that I have served the Government's Motion for Restitution by electronically filing a copy thereof using the Court's cm/ecf system, which automatically notifies the parties and counsel of record:

Eugene Laurenzi, Esq.

This 9th day of January, 2014.

                                                Respectfully submitted,

By:    /s/ BENJAMIN J. HAWK
           Benjamin J. Hawk
           Trial Attorney
           U.S. Department of Justice,
           Civil Rights Division
           Human Trafficking Prosecution Unit
           601 D St. NW
           Washington, DC 20004
           (#030232007 New Jersey)